JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

DARLENE CORTEZ

## DEFENDANTS

U.S. Postal Service (See attached sheet for Additional Defendants) ⊞

(b) County of Residence of First Listed Plaintiff   Philadelphia
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Philadelphia
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Darlene Cortez, Pro Se, 5752 Marshall Street, Philadelphia, PA 19120

Attorneys (If Known)

Paul W. Kaufman, AUSA, U.S. Attorney's Office, 615 Chestnut Street, Suite 1250, Phila., PA 19106, 215-861-8200 ⊞

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☒ 2   U.S. Government Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1   Original Proceeding

☒ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from another district (specify)

☐ 6   Multidistrict Litigation

☐ 7   Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act  28U.S.C. Section 2671, et seq.

Brief description of cause:
Personal Injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
6/4/14

SIGNATURE OF ATTORNEY OF RECORD

Paul W. Kaufman, AUSA

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

**COMPLETE LIST OF DEFENDANTS:**

1.  U.S. POSTAL SERVICE                              *represented by Paul W. Kaufman, AUSA*
    30TH & MARKET ST.
    PHILADELPHIA  PA

2.  U.S. POSTAL SERVICE                              *represented by Paul W. Kaufman, AUSA*
    ONE AND OLNEY PLAZA
    PHILADELPHIA  PA  19120

3.  INSPECTOR X                                      *represented by Paul W. Kaufman, AUSA*
    U.S. POSTAL INSPECTOR FEDERAL
    BLDG. 6TH & CHESTNUT
    PHILADELPHIA  PA  19107

4.  BACCARAT
    635 MADISON AVE.
    NEW YORK  NY  10022

5.  CRAFTING BEAUTY
    315 W. 39TH ST.
    NEW YORK  NY  10018

6.  FRANCOIS DEMEADE
    CRAFTING BEAUTY 315 W. 39TH ST.,
    STUDIO 601
    NEW YORK  NY  10018

7.  JULIAN MAUBERT
    ROBERTET 730  5TH AVE., SUITE 1002
    NEW YORK  NY  10019

8.  OLIVER MAUBERT
    ROBERTET 730  5TH AVENUE, SUITE 1002
    NEW YORK  NY  10019

9.  CHRISTOPE MAUBERT
    ROBERTET 730  5TH AVE, SUITE 1002
    NEW YORK  NY  10019

10. PHILLIPPE MAUBERT
    ROBERTET PRESIDENT, 730  5TH AVE.,
    SUITE 1002
    NEW YORK  NY  10019

11. CATHY TORELLI
    GIVAUDAN 40 W. 57TH STREET
    NEW YORK  NY  10019

12. COS POLITANO
    GIVAUDAN 40 W. 57TH STREET
    NEW YORK  NY  10019

13. THOMAS CUMMINS
    WORLD BANK 1818  H.  STREET
    WASHINGTON  DC

14.     MR. X PRESIDENT
         WORLD BANK 1818 H. STREET
         WASHINGTON DC

15.     AGENT X MCFILLIN
         HOMELAND SECURITY, POLICE DEPT ADMIN,
         8TH & RACE STREET,
         PHILADELPHIA PA 19107

16.     RAYMOND KELLY
         NY POLICE DEPT, 16 ERICSSON PL
         NEW YORK NY 10013

17.     REP KING
         1003 PARK BOULEVARD
         MASSAPEQUA NY 11762

18.     THOMAS WRIGHT, DEPUTY POLICE COMM
         POLICE ADM 8TH RACE STS
         PHILADELPHIA PA 19106

19.     AGENT X RYAN
         HOMELAND SECURITY 615 CHESTNUT STREET
         PHILADELPHIA PA 19106

20.     AGENT X WILLIAMS
         INTERPOL, DOJ 615 CHESTNUT ST
         PHILADELPHIA PA 19106

21.     AGENT X BRAY
         INTERPOL, DOJ 615 CHESTNUT ST
         PHILADELPHIA PA 19106

22.     AGENT X FUENTES
         INTERPOL, DOJ 615 CHESTNUT ST
         PHILADELPHIA PA 19106

23.     AGENT X STEINER
         INTERPOL DOJ 615 CHESTNUT ST
         PHILADELPHIA PA 19106

24.     PAOLO ANDRIOLLO
         40 W. 57TH STREET
         NEW YORK NY 10019

25.     MICHAEL CARLOS
         40 W. 57TH STREET
         NEW YORK NY 10019

26.     JOSEPH FABRI
         40 W. 57TH STREET
         NEW YORK NY 10019

27.   GILLES ANDRIER
      40 W. 57TH STREET
      NEW YORK  NY  10019

28.   GIVAUDAN
      40 W. 57TH STREET
      NEW YORK  NY  10019

29.   GARY CHAVERS
      125 BAUER DRIVE
      OAKLAND  NJ  07436

30.   JOSEPH MR.  X,  SALES DIRECTOR
      125 BAUER DRIVE
      OAKLAND  NJ  07436

31.   MR. X, VICE PRESIDENT, ROBERTET
      125 BAUER DRIVE
      OAKLAND  NJ  07436

32.   ROBERTET, INC.
      125 BAUER DRIVE
      OAKLAND  NJ  07436

33.   TRACI YAN
      BACCARAT  635 MADISON AVENUE
      NEW YORK  NY  10022

34.   BACCARAT
      635 MADISON AVENUE
      NEW YORK  NY  10022

35.   MARY PAT WRIGHT
      1205 WAKLING STREET
      PHILADELPHIA  PA

36.   LOULOUA AL SABAH
      4 SHEAF LANE
      FORT WASHINGTON  PA

37.   LOULOUA AL FAISAL
      4 SHEAF LANE
      FORT WASHINGTON  PA

38.   Tim Daley
      NY  NY

39.   Terrance Nolen
      Arden Theater
      2nd & Chestnut St
      Phila  PA

            and

40.    William Edwards
       2059 Woodlawn
       Glenside  PA
                          defendant

       and

41.    Terrance Nolan
       Arden Theater
       40 S. 2nd St.
       Phila  PA
                          defendant

       and

42.    Ann Murphy
       Arden Theater
       40 S. 2nd St.
       Phila  PA
                          defendant

43.    Tim Daley
       ThinAire
       New York, New York

44.    Ms.  X
       Marketing Co.  X
       Contracted By Tim Daley, ThinAire
       NY, NY

45.    Jenkins Law Library
       IT Dept, Mgr.
       Jenkins Law Library
       9th & Chestnut St
       Phila.  PA

46.    Community College of Phila.
       1700 Spring Garden St
       Phila  PA

47.    Mr. Curtis, Pres.
       Community College Phila.
       1700 Spring Garden St
       Phila  PA

48.    Ms. Bauer, IT Dept
       Community College of Philadelphia
       1700 Spring Garden St, Phila PA

49.    Joya Fragrances
       Owner, Mr. X
       Brooklyn, NY

50.    Ms. Daley
       President
       Black Rock
       NY, NY

              and

51.    Metro Phone
       5609  5th St
       Phila  PA

              and

52.    Mobile Zone, owner 1
       5602  5th St.
       Phila  PA

53.    Mobile Zone, owner 2
       5602  5th St.
       Phila  PA

54.    Comcast Cable
       Comcast Plaza
       Phila  PA

55.    Comcast Cable, President, Mr. X
       Comcast Plaza
       Phila  PA

56.    Cricket Phone, owner 1
       5607  5th St.
       Phila  PA

57.    Cricket Phone, owner 2
       5607  5th St.
       Phila  PA

58.    Mr. Daley, President
       Black Rock
       40 E. 52nd St.
       New York, New York

       Joya Fragrances
       Mr. X, Owner
       Brooklyn, NY

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Darlene Cortez, 5752 Marshall Street, Philadelphia, PA 19120

Address of Defendant: U.S. Postal Service, 30th & Market St., Philadelphia, PA   (See attached sheets for Additional Defendants)

Place of Accident, Incident or Transaction: Philadelphia, PA
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))      Yes ☐  No ☑

Does this case involve multidistrict litigation possibilities?      Yes ☐  No ☑

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
      Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
      Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
      Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
      Yes ☐  No ☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify) Federal Tort Claims Act

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Paul W. Kaufman, AUSA_____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: June 4, 2014 _____   _____ Paul W. Kaufman, AUSA    92805
                                        Attorney-at-Law                    Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: June 4, 2014 _____   _____ Paul W. Kaufman, AUSA    92805
                                        Attorney-at-Law                    Attorney I.D.#

CIV. 609 (5/2012)

**COMPLETE LIST OF DEFENDANTS:**

| | | |
|---|---|---|
| *1.* | U.S. POSTAL SERVICE<br>30TH & MARKET ST.<br>PHILADELPHIA  PA | *represented by Paul W. Kaufman, AUSA* |

*1.*   U.S. POSTAL SERVICE                    *represented by Paul W. Kaufman, AUSA*
       30TH & MARKET ST.
       PHILADELPHIA  PA

*2.*   U.S. POSTAL SERVICE                    *represented by Paul W. Kaufman, AUSA*
       ONE AND OLNEY PLAZA
       PHILADELPHIA  PA  19120

3.   INSPECTOR X                             *represented by Paul W. Kaufman, AUSA*
     U.S. POSTAL INSPECTOR FEDERAL
     BLDG. 6TH & CHESTNUT
     PHILADELPHIA  PA  19107

4.   BACCARAT
     635 MADISON AVE.
     NEW YORK  NY  10022

5.   CRAFTING BEAUTY
     315 W. 39TH ST.
     NEW YORK  NY  10018

6.   FRANCOIS DEMEADE
     CRAFTING BEAUTY 315 W. 39TH ST.,
     STUDIO 601
     NEW YORK  NY  10018

7.   JULIAN MAUBERT
     ROBERTET 730  5TH AVE., SUITE 1002
     NEW YORK  NY  10019

8.   OLIVER MAUBERT
     ROBERTET 730  5TH AVENUE, SUITE 1002
     NEW YORK  NY  10019

9.   CHRISTOPE MAUBERT
     ROBERTET 730  5TH AVE, SUITE 1002
     NEW YORK  NY  10019

10.  PHILLIPPE MAUBERT
     ROBERTET PRESIDENT, 730  5TH AVE.,
     SUITE 1002
     NEW YORK  NY  10019

11.  CATHY TORELLI
     GIVAUDAN 40 W. 57TH STREET
     NEW YORK  NY  10019

12.  COS POLITANO
     GIVAUDAN 40 W. 57TH STREET
     NEW YORK  NY  10019

13.  THOMAS CUMMINS
     WORLD BANK 1818 H. STREET
     WASHINGTON  DC

14.    MR. X PRESIDENT
        WORLD BANK 1818 H. STREET
        WASHINGTON DC

15.    AGENT X MCFILLIN
        HOMELAND SECURITY, POLICE DEPT ADMIN,
        8TH & RACE STREET,
        PHILADELPHIA PA 19107

16.    RAYMOND KELLY
        NY POLICE DEPT, 16 ERICSSON PL
        NEW YORK NY 10013

17.    REP KING
        1003 PARK BOULEVARD
        MASSAPEQUA NY 11762

18.    THOMAS WRIGHT, DEPUTY POLICE COMM
        POLICE ADM 8TH RACE STS
        PHILADELPHIA PA 19106

19.    AGENT X RYAN
        HOMELAND SECURITY 615 CHESTNUT STREET
        PHILADELPHIA PA 19106

20.    AGENT X WILLIAMS
        INTERPOL, DOJ 615 CHESTNUT ST
        PHILADELPHIA PA 19106

21.    AGENT X BRAY
        INTERPOL, DOJ 615 CHESTNUT ST
        PHILADELPHIA PA 19106

22.    AGENT X FUENTES
        INTERPOL, DOJ 615 CHESTNUT ST
        PHILADELPHIA PA 19106

23.    AGENT X STEINER
        INTERPOL DOJ 615 CHESTNUT ST
        PHILADELPHIA PA 19106

24.    PAOLO ANDRIOLLO
        40 W. 57TH STREET
        NEW YORK NY 10019

25.    MICHAEL CARLOS
        40 W. 57TH STREET
        NEW YORK NY 10019

26.    JOSEPH FABRI
        40 W. 57TH STREET
        NEW YORK NY 10019

27.  GILLES ANDRIER
     40 W. 57TH STREET
     NEW YORK NY 10019

28.  GIVAUDAN
     40 W. 57TH STREET
     NEW YORK NY 10019

29.  GARY CHAVERS
     125 BAUER DRIVE
     OAKLAND NJ 07436

30.  JOSEPH MR. X, SALES DIRECTOR
     125 BAUER DRIVE
     OAKLAND NJ 07436

31.  MR. X, VICE PRESIDENT, ROBERTET
     125 BAUER DRIVE
     OAKLAND NJ 07436

32.  ROBERTET, INC.
     125 BAUER DRIVE
     OAKLAND NJ 07436

33.  TRACI YAN
     BACCARAT 635 MADISON AVENUE
     NEW YORK NY 10022

34.  BACCARAT
     635 MADISON AVENUE
     NEW YORK NY 10022

35.  MARY PAT WRIGHT
     1205 WAKLING STREET
     PHILADELPHIA PA

36.  LOULOUA AL SABAH
     4 SHEAF LANE
     FORT WASHINGTON PA

37.  LOULOUA AL FAISAL
     4 SHEAF LANE
     FORT WASHINGTON PA

38.  Tim Daley
     NY NY

39.  Terrance Nolen
     Arden Theater
     2nd & Chestnut St
     Phila PA

         and

40.  William Edwards
     2059 Woodlawn
     Glenside  PA
                              defendant

         and

41.  Terrance Nolan
     Arden Theater
     40 S. 2nd St.
     Phila  PA
                              defendant

         and

42.  Ann Murphy
     Arden Theater
     40 S. 2nd St.
     Phila  PA
                              defendant

43.  Tim Daley
     ThinAire
     New York, New York

44.  Ms.  X
     Marketing Co.  X
     Contracted By Tim Daley, ThinAire
     NY, NY

45.  Jenkins Law Library
     IT Dept, Mgr.
     Jenkins Law Library
     9th & Chestnut St
     Phila.  PA

46.  Community College of Phila.
     1700 Spring Garden St
     Phila  PA

47.  Mr. Curtis, Pres.
     Community College Phila.
     1700 Spring Garden St
     Phila  PA

48.  Ms. Bauer, IT Dept
     Community College of Philadelphia
     1700 Spring Garden St, Phila PA

49.  Joya Fragrances
     Owner, Mr. X
     Brooklyn, NY

50.   Ms. Daley
      President
      Black Rock
      NY, NY

            and

51.   Metro Phone
      5609  5th St
      Phila  PA

            and

52.   Mobile Zone, owner 1
      5602  5th St.
      Phila  PA

53.   Mobile Zone, owner 2
      5602  5th St.
      Phila  PA

54.   Comcast Cable
      Comcast Plaza
      Phila  PA

55.   Comcast Cable, President, Mr. X
      Comcast Plaza
      Phila  PA

56.   Cricket Phone, owner 1
      5607  5th St.
      Phila  PA

57.   Cricket Phone, owner 2
      5607  5th St.
      Phila  PA

58.   Mr. Daley, President
      Black Rock
      40 E. 52nd St.
      New York, New York

      Joya Fragrances
      Mr. X, Owner
      Brooklyn, NY

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **DARLENE CORTEZ** | : | **CIVIL ACTION** |
| | : | |
| **vs.** | : | |
| | : | |
| **U.S. POSTAL SERVICE** | : | |
| | : | |
| **[SEE ATTACHED SHEETS FOR** | : | |
| **ADDITIONAL DEFENDANTS]** | : | **NO.** |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly
referred to as complex and that need special or intense management by the court. (See
reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (X)

6/4/14

**Date**

Paul W. Kaufman, AUSA

**Attorney for U.S. Postal Service
and U.S. Postal Service Inspector**

215-861-8579

**Telephone**

215-861-8618

**FAX Number**

Paul.Kaufman2@usdoj.gov

**E-Mail Address**

(Civ. 660) 10/02

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

### SPECIAL MANAGEMENT CASE ASSIGNMENTS
#### (See §1.02 (e) Management Track Definitions of the Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**COMPLETE LIST OF DEFENDANTS:**

1.    U.S. POSTAL SERVICE                          *represented by Paul W. Kaufman, AUSA*
      30TH & MARKET ST.
      PHILADELPHIA  PA

2.    U.S. POSTAL SERVICE                          *represented by Paul W. Kaufman, AUSA*
      ONE AND OLNEY PLAZA
      PHILADELPHIA  PA  19120

3.    INSPECTOR X                                  *represented by Paul W. Kaufman, AUSA*
      U.S. POSTAL INSPECTOR FEDERAL
      BLDG. 6TH & CHESTNUT
      PHILADELPHIA  PA  19107

4.    BACCARAT
      635 MADISON AVE.
      NEW YORK  NY  10022

5.    CRAFTING BEAUTY
      315 W. 39TH ST.
      NEW YORK  NY  10018

6.    FRANCOIS DEMEADE
      CRAFTING BEAUTY 315 W. 39TH ST.,
      STUDIO 601
      NEW YORK  NY  10018

7.    JULIAN MAUBERT
      ROBERTET 730  5TH AVE., SUITE 1002
      NEW YORK  NY  10019

8.    OLIVER MAUBERT
      ROBERTET 730  5TH AVENUE, SUITE 1002
      NEW YORK  NY  10019

9.    CHRISTOPE MAUBERT
      ROBERTET 730  5TH AVE, SUITE 1002
      NEW YORK  NY  10019

10.   PHILLIPPE MAUBERT
      ROBERTET PRESIDENT, 730  5TH AVE.,
      SUITE 1002
      NEW YORK  NY  10019

11.   CATHY TORELLI
      GIVAUDAN 40 W. 57TH STREET
      NEW YORK  NY  10019

12.   COS POLITANO
      GIVAUDAN 40 W. 57TH STREET
      NEW YORK  NY  10019

13.   THOMAS CUMMINS
      WORLD BANK 1818  H.  STREET
      WASHINGTON  DC

14. MR. X PRESIDENT
    WORLD BANK 1818 H. STREET
    WASHINGTON DC

15. AGENT X MCFILLIN
    HOMELAND SECURITY, POLICE DEPT ADMIN,
    8TH & RACE STREET,
    PHILADELPHIA PA 19107

16. RAYMOND KELLY
    NY POLICE DEPT, 16 ERICSSON PL
    NEW YORK NY 10013

17. REP KING
    1003 PARK BOULEVARD
    MASSAPEQUA NY 11762

18. THOMAS WRIGHT, DEPUTY POLICE COMM
    POLICE ADM 8TH RACE STS
    PHILADELPHIA PA 19106

19. AGENT X RYAN
    HOMELAND SECURITY 615 CHESTNUT STREET
    PHILADELPHIA PA 19106

20. AGENT X WILLIAMS
    INTERPOL, DOJ 615 CHESTNUT ST
    PHILADELPHIA PA 19106

21. AGENT X BRAY
    INTERPOL, DOJ 615 CHESTNUT ST
    PHILADELPHIA PA 19106

22. AGENT X FUENTES
    INTERPOL, DOJ 615 CHESTNUT ST
    PHILADELPHIA PA 19106

23. AGENT X STEINER
    INTERPOL DOJ 615 CHESTNUT ST
    PHILADELPHIA PA 19106

24. PAOLO ANDRIOLLO
    40 W. 57TH STREET
    NEW YORK NY 10019

25. MICHAEL CARLOS
    40 W. 57TH STREET
    NEW YORK NY 10019

26. JOSEPH FABRI
    40 W. 57TH STREET
    NEW YORK NY 10019

27.   GILLES ANDRIER
      40 W. 57TH STREET
      NEW YORK  NY  10019

28.   GIVAUDAN
      40 W. 57TH STREET
      NEW YORK  NY  10019

29.   GARY CHAVERS
      125 BAUER DRIVE
      OAKLAND  NJ  07436

30.   JOSEPH MR.  X,  SALES DIRECTOR
      125 BAUER DRIVE
      OAKLAND  NJ  07436

31.   MR. X, VICE PRESIDENT, ROBERTET
      125 BAUER DRIVE
      OAKLAND  NJ  07436

32.   ROBERTET, INC.
      125 BAUER DRIVE
      OAKLAND  NJ  07436

33.   TRACI YAN
      BACCARAT  635 MADISON AVENUE
      NEW YORK  NY  10022

34.   BACCARAT
      635 MADISON AVENUE
      NEW YORK  NY  10022

35.   MARY PAT WRIGHT
      1205 WAKLING STREET
      PHILADELPHIA  PA

36.   LOULOUA AL SABAH
      4 SHEAF LANE
      FORT WASHINGTON  PA

37.   LOULOUA AL FAISAL
      4 SHEAF LANE
      FORT WASHINGTON  PA

38.   Tim Daley
      NY  NY

39.   Terrance Nolen
      Arden Theater
      2nd & Chestnut St
      Phila  PA

            and

40.     William Edwards
        2059 Woodlawn
        Glenside  PA
                            defendant

        and

41.     Terrance Nolan
        Arden Theater
        40 S. 2nd St.
        Phila  PA
                            defendant

        and

42.     Ann Murphy
        Arden Theater
        40 S. 2nd St.
        Phila  PA
                            defendant

43.     Tim Daley
        ThinAire
        New York, New York

44.     Ms.  X
        Marketing Co.  X
        Contracted By Tim Daley, ThinAire
        NY, NY

45.     Jenkins Law Library
        IT Dept, Mgr.
        Jenkins Law Library
        9th & Chestnut St
        Phila.  PA

46.     Community College of Phila.
        1700 Spring Garden St
        Phila  PA

47.     Mr. Curtis, Pres.
        Community College Phila.
        1700 Spring Garden St
        Phila  PA

48.     Ms. Bauer, IT Dept
        Community College of Philadelphia
        1700 Spring Garden St, Phila PA

49.     Joya Fragrances
        Owner, Mr. X
        Brooklyn, NY

50.   Ms. Daley
      President
      Black Rock
      NY, NY

           and

51.   Metro Phone
      5609  5th St
      Phila  PA

           and

52.   Mobile Zone, owner 1
      5602  5th St.
      Phila  PA

53.   Mobile Zone, owner 2
      5602  5th St.
      Phila  PA

54.   Comcast Cable
      Comcast Plaza
      Phila  PA

55.   Comcast Cable, President, Mr. X
      Comcast Plaza
      Phila  PA

56.   Cricket Phone, owner 1
      5607  5th St.
      Phila  PA

57.   Cricket Phone, owner 2
      5607  5th St.
      Phila  PA

58.   Mr. Daley, President
      Black Rock
      40 E. 52nd St.
      New York, New York

      Joya Fragrances
      Mr. X, Owner
      Brooklyn, NY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE CORTEZ<br>5752 MARSHALL ST.<br>PHILA. PA 19120<br>     Plaintiff | :   CIVIL ACTION<br>:<br>:<br>:<br>: |
|   vs. | :<br>: |
| **COMPLETE LIST OF DEFENDANTS:** | : |
| 1. U.S. POSTAL SERVICE<br>   30TH & MARKET ST.<br>   PHILADELPHIA PA | :<br>:<br>: |
| 2. U.S. POSTAL SERVICE<br>   ONE AND OLNEY PLAZA<br>   PHILADELPHIA PA 19120 | :<br>:<br>:<br>: |
| 3. INSPECTOR X<br>   U.S. POSTAL INSPECTOR FEDERAL<br>   BLDG. 6TH & CHESTNUT<br>   PHILADELPHIA PA 19107 | :<br>:<br>:<br>:   NO. |
| 4. BACCARAT<br>   635 MADISON AVE.<br>   NEW YORK NY 10022 | :<br>:<br>:<br>: |
| 5. CRAFTING BEAUTY<br>   315 W. 39TH ST.<br>   NEW YORK NY 10018 | :<br>:<br>:<br>: |
| 6. FRANCOIS DEMEADE<br>   CRAFTING BEAUTY 315 W. 39TH ST.,<br>   STUDIO 601<br>   NEW YORK NY 10018 | :<br>:<br>:<br>: |
| 7. JULIAN MAUBERT<br>   ROBERTET 730 5TH AVE., SUITE 1002<br>   NEW YORK NY 10019 | :<br>:<br>:<br>: |
| 8. OLIVER MAUBERT<br>   ROBERTET 730 5TH AVENUE, SUITE 1002<br>   NEW YORK NY 10019 | :<br>:<br>:<br>: |
| 9. CHRISTOPE MAUBERT<br>   ROBERTET 730 5TH AVE, SUITE 1002<br>   NEW YORK NY 10019 | :<br>:<br>:<br>: |

10. PHILLIPPE MAUBERT                                    :
    ROBERTET PRESIDENT, 730 5TH AVE,                     :
    SUITE 1002                                           :
    NEW YORK NY 10019                                    :
                                                         :
11. CATHY TORELLI                                        :
    GIVAUDAN 40 W. 57TH STREET                           :
    NEW YORK NY 10019                                    :
                                                         :
12. COS POLITANO                                         :
    GIVAUDAN 40 W. 57TH STREET                           :
    NEW YORK NY 10019                                    :
                                                         :
13. THOMAS CUMMINS                                       :
    WORLD BANK 1818 H. STREET                            :
    WASHINGTON DC                                        :
                                                         :
14. MR. X PRESIDENT                                      :
    WORLD BANK 1818 H. STREET                            :
    WASHINGTON DC                                        :
                                                         :
15. AGENT X MCFILLIN                                     :
    HOMELAND SECURITY, POLICE DEPT ADMIN,                :
    8TH & RACE STREET,                                   :
    PHILADELPHIA PA 19107                                :
                                                         :
16. RAYMOND KELLY                                        :
    NY POLICE DEPT, 16 ERICSSON PL                       :
    NEW YORK NY 10013                                    :
                                                         :
17. REP KING                                             :
    1003 PARK BOULEVARD                                  :
    MASSAPEQUA NY 11762                                  :
                                                         :
18. THOMAS WRIGHT, DEPUTY POLICE COMM                    :
    POLICE ADM 8TH RACE STS                              :
    PHILADELPHIA PA 19106                                :
                                                         :
19. AGENT X RYAN                                         :
    HOMELAND SECURITY 615 CHESTNUT STREET                :
    PHILADELPHIA PA 19106                                :
                                                         :
20. AGENT X WILLIAMS                                     :
    INTERPOL, DOJ 615 CHESTNUT ST                        :
    PHILADELPHIA PA 19106                                :
                                                         :
21. AGENT X BRAY                                         :
    INTERPOL, DOJ 615 CHESTNUT ST                        :
    PHILADELPHIA PA 19106                                :
                                                         :
22. AGENT X FUENTES                                      :
    INTERPOL, DOJ 615 CHESTNUT ST                        :
    PHILADELPHIA PA 19106                                :

23.   AGENT  X  STEINER                              :
          INTERPOL DOJ  615 CHESTNUT  ST            :
          PHILADELPHIA  PA  19106                   :
                                                    :
24.   PAOLO ANDRIOLLO                               :
          40 W. 57TH STREET                         :
          NEW YORK  NY  10019                       :
                                                    :
25.   MICHAEL CARLOS                                :
          40 W. 57TH STREET                         :
          NEW YORK  NY  10019                       :
                                                    :
26.   JOSEPH FABRI                                  :
          40 W. 57TH STREET                         :
          NEW YORK  NY  10019                       :
                                                    :
27.   GILLES ANDRIER                                :
          40 W. 57TH STREET                         :
          NEW YORK  NY  10019                       :
                                                    :
28.   GIVAUDAN                                      :
          40 W. 57TH STREET                         :
          NEW YORK  NY  10019                       :
                                                    :
29.   GARY CHAVERS                                  :
          125 BAUER DRIVE                           :
          OAKLAND  NJ  07436                        :
                                                    :
30.   JOSEPH MR.  X,  SALES DIRECTOR                :
          125 BAUER DRIVE                           :
          OAKLAND  NJ  07436                        :
                                                    :
31.   MR. X, VICE PRESIDENT, ROBERTET              :
          125 BAUER DRIVE                           :
          OAKLAND  NJ  07436                        :
                                                    :
32.   ROBERTET, INC.                                :
          125 BAUER DRIVE                           :
          OAKLAND  NJ  07436                        :
                                                    :
33.   TRACI YAN                                     :
          BACCARAT  635 MADISON AVENUE              :
          NEW YORK  NY  10022                       :
                                                    :
34.   BACCARAT                                      :
          635 MADISON AVENUE                        :
          NEW YORK  NY  10022                       :
                                                    :
35.   MARY PAT WRIGHT                               :
          1205 WAKLING STREET                       :
          PHILADELPHIA  PA                          :
                                                    :
36.   LOULOUA AL SABAH                              :
          4 SHEAF LANE                              :
          FORT WASHINGTON  PA                       :
                                                    :

| | | |
|---|---|---|
| 37. | LOULOUA AL FAISAL<br>    4 SHEAF LANE<br>    FORT WASHINGTON  PA | : |
| | | : |
| | | : |
| 38. | Tim Daley<br>NY  NY | : |
| | | : |
| 39. | Terrance Nolen<br>Arden Theater<br>2nd & Chestnut St<br>Phila  PA | : |
| | | : |
| | and | : |
| | | : |
| 40. | William Edwards<br>2059 Woodlawn<br>Glenside  PA | : |
| |                defendant | : |
| | and | : |
| | | : |
| 41. | Terrance Nolan<br>Arden Theater<br>40 S. 2nd St.<br>Phila  PA | : |
| |                defendant | : |
| | and | : |
| | | : |
| 42. | Ann Murphy<br>Arden Theater<br>40 S. 2nd St.<br>Phila  PA | : |
| |                defendant | : |
| | | : |
| 43. | Tim Daley<br>ThinAire<br>New York, New York | : |
| | | : |
| 44. | Ms.  X<br>Marketing Co.  X<br>Contracted By Tim Daley, ThinAire<br>NY, NY | : |
| | | : |
| 45. | Jenkins Law Library<br>IT Dept, Mgr.<br>Jenkins Law Library<br>9th & Chestnut St<br>Phila.  PA | : |
| | | : |
| 46. | Community College of Phila.<br>1700 Spring Garden St<br>Phila  PA | : |

47.  Mr. Curtis, Pres.                              :
     Community College Phila.                       :
     1700 Spring Garden St                          :
     Phila  PA                                      :
                                                    :
48.  Ms. Bauer, IT Dept                             :
     Community College of Philadelphia              :
     1700 Spring Garden St, Phila PA                :
                                                    :
49.  Joya Fragrances                                :
     Owner, Mr. X                                   :
     Brooklyn, NY                                   :
                                                    :
50.  Ms. Daley                                      :
     President                                      :
     Black Rock                                     :
     NY, NY                                         :
                                                    :
           and                                      :
                                                    :
51.  Metro Phone                                    :
     5609  5th St                                   :
     Phila  PA                                      :
                                                    :
           and                                      :
                                                    :
52.  Mobile Zone, owner 1                           :
     5602  5th St.                                  :
     Phila  PA                                      :
                                                    :
53.  Mobile Zone, owner 2                           :
     5602  5th St.                                  :
     Phila  PA                                      :
                                                    :
54.  Comcast Cable                                  :
     Comcast Plaza                                  :
     Phila  PA                                      :
                                                    :
55.  Comcast Cable, President, Mr. X                :
     Comcast Plaza                                  :
     Phila  PA                                      :
                                                    :
56.  Cricket Phone, owner 1                         :
     5607  5th St.                                  :
     Phila  PA                                      :
                                                    :
57.  Cricket Phone, owner 2                         :
     5607  5th St.                                  :
     Phila  PA                                      :
                                                    :
58.  Mr. Daley, President                           :
     Black Rock                                     :
     40 E. 52nd St.                                 :
     New York, New York                             :

Joya Fragrances                               :
Mr. X, Owner                                   :
Brooklyn, NY                                  :

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, the United States of America, on behalf of the United States Postal Service, removes this action to the United States District Court for the Eastern District of Pennsylvania.[1] In support thereof, the United States avers as follows:

1.      On or about February 25, 2014, plaintiff Darlene Cortez, proceeding pro se, filed a motion to proceed in forma pauperis with the Court of Common Pleas of Philadelphia County.

2.      Plaintiff's motion accompanied a complaint filed in the same court on the same day. See Complaint attached hereto as Exhibit 1.

3.      Plaintiff's motion was granted on or about April 9, 2014, and her complaint was filed on that day. Since that time, the complaint has apparently been reinstated or reissued on two or more occasions.

---

[1]    Plaintiff has also named as a defendant an unidentified United States Postal Inspector. See Complaint, "Complete List of Defendants," ¶ 3. To the extent that this action is brought against that federal employee in the course of his employment, which cannot easily be determined from the confusing, non-specific allegations of the Complaint, that forms an independent basis for removal pursuant to 28 U.S.C. § 1442(a)(1). To the extent that the agents named in the "Complete List of Defendants" ¶¶ 15, 19-23 are federal employees, that similarly would form a basis for removal. Id. So far as undersigned counsel is aware, none of these defendants has been served.

Because the identity of these individuals cannot immediately be determined from the allegations against them, and because the United States Postal Service is unquestionably an independent executive agency of the United States, the removal is brought by the United States alone. Should the individuals be identified and prove to be federal agents, they reserve all rights to demand a federal district court forum.

4.      Among the defendants named in plaintiff's complaint is the United States Postal Service ("USPS").  The USPS is named as defendants 1 and 2 on the "Complete List of Defendants," and it is docketed as defendants 24 and 49 on the Court of Common Pleas docket.

5.      The plaintiff's complaint is a model neither of clarity nor brevity. Plaintiff appears to claim, in brief, that approximately fifty defendants (she names more than fifty, but some are duplicative) engaged in a vast, ranging conspiracy with other public and private individuals and collective groups such as "the Irish" to, among other things, kidnap plaintiff's children and place them with another family, steal plaintiff's line of fragrances and undermine her attempts to turn those fragrances into a multinational business, and block plaintiff's attempts to negotiate a gold mining deal in Ghana.

6.      Among other things, one or more of the defendants are accused of breaking into plaintiff's house, hacking plaintiff's computer, and placing internet postings that would make plaintiff appear to be a lesbian.  The goal of these alleged acts, according to the complaint, is to separate plaintiff from her alleged paramour, an allegedly wealthy Arab-American prince with whom plaintiff claims to have children.

7.      Plaintiff lists the causes of action in the Complaint filed in the Court of Common Pleas on a page titled "Counts" that is hand-numbered "6" at the bottom right.  The counts she lists, consistent with her factual allegations, are: Intentional Infliction of Pain and Suffering; Tortious Interference in Business; Tortious Interference in International Commercial Trade; Tortious Interference in Goldmine Development; Tortious Interference in Commercial Development; Tortious Interference in Trademarks; Tortious Interference and Theft of Products; Loss of Profits; Loss of Good Name; Defamation of Character; Loss of Trade; Punitive

Damages; Interference in Maternal Rights; and Tortious Interference in Loss/Theft of Real Estate.

8.      Many of these are forms of damage rather than independent causes of action.  The remainder are each common law torts.

9.      The USPS is an independent executive agency of the United States government.

10.     Accordingly, because plaintiff has brought a case in tort against a federal agency, the matter is properly considered pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq.

11.     For this reason, and independently because plaintiff has filed a civil action against an agency of the United States, removal is proper pursuant to 28 U.S.C. § 1442(a)(1) and § 2679(d)(1).

12.     A certified copy of this Notice of Removal is being filed in the Prothonotary's Office of the Court of Common Pleas of Philadelphia County, Pennsylvania, and is being sent to all adverse parties pursuant to 28 U.S.C. § 1446(d).

13.     Removal of this action is timely under Third Circuit precedent and 28 U.S.C. § 1446(b) which provides a thirty-day period for removal after notice of a removable action, in that this action is being removed before expiration of the thirty-day period after receipt of notice of plaintiff's Complaint.  Removal is also timely pursuant to 28 U.S.C. § 2679(d)(2).

3

14.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules

of Civil Procedure.

ZANE DAVID MEMEGER
United States Attorney


MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division


PAUL W. KAUFMAN
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106


Dated: June 4, 2014

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing

Notice of Removal is being served on plaintiff by first class mail, postage prepaid, on this 4th

day of June, 2014 as follows:

Darlene Cortez
5752 Marshall St.
Philadelphia, PA  19120
*Pro Se Plaintiff*

BACCARAT
635 MADISON AVE.
NEW YORK, NY  10022

CRAFTING BEAUTY
315 W. 39TH ST.
NEW YORK, NY  10018

FRANCOIS DEMEADE
CRAFTING BEAUTY
315 W. 39TH ST., STUDIO 601
NEW YORK, NY  10018

JULIAN MAUBERT
ROBERTET
730 5TH AVE., SUITE 1002
NEW YORK, NY  10019

OLIVER MAUBERT
ROBERTET
730 5TH AVENUE, SUITE 1002
NEW YORK, NY  10019

CHRISTOPER MAUBERT
ROBERTET
730 5TH AVENUE, SUITE 1002
NEW YORK, NY  10019

PHILLIPPE MAUBERT, PRESIDENT
ROBERTET
730 5TH AVENUE, SUITE 1002
NEW YORK, NY  10019

CATHY TORELLI
GIVAUDAN
40 W. 57TH STREET
NEW YORK, NY  10019

COS POLITANO
GIVAUDAN
40 W. 57TH STREET
NEW YORK, NY  10019

THOMAS CUMMINS
WORLD BANK
1818 H STREET, NW
WASHINGTON, DC  20433

PRESIDENT
WORLD BANK
1818 H STREET, NW
WASHINGTON, DC  20433

AGENT McFILLIN
HOMELAND SECURITY
POLICE DEPT ADMIN.
8TH & RACE STREET
PHILADELPHIA, PA  19107

RAYMOND KELLY
NEW YORK POLICE DEPT.
16 ERICSSON PLACE
NEW YORK, NY  10013

REPRESENTATIVE PETER KING
1003 PARK BOULEVARD
MASSAPEQUA, NY  11762

THOMAS WRIGHT, DEPUTY POLICE
COMMISSIONER
POLICE ADMINISTRATION BLDG.
8TH & RACE STREETS
PHILADELPHIA, PA  19106

PAOLO ANDRIOLLO
40 W. 57TH STREET
NEW YORK, NY 10019

MICHAEL CARLOS
40 W. 57TH STREET
NEW YORK, NY 10019

JOSEPH FABRI
40 W. 57TH STREET
NEW YORK, NY 10019

GILLES ANDRIER
40 W. 57TH STREET
NEW YORK, NY 10019

GIVAUDAN
40 W. 57TH STREET
NEW YORK, NY 10019

GARY CHAVERS
125 BAUER DRIVE
OAKLAND, NJ 07436

JOSEPH MR. X
SALES DIRECTOR
125 BAUER DRIVE
OAKLAND, NJ 07436

MR. X, VICE PRESIDENT
ROBERTET
125 BAUER DRIVE
OAKLAND, NJ 07436

ROBERTET, INC.
125 BAUER DRIVE
OAKLAND, NJ 07436

TRACI YAN
BACCARAT
635 MADISON AVENUE
NEW YORK, NY 10022

BACCARAT
635 MADISON AVENUE
NEW YORK, NY 10022

MARY PAT WRIGHT
1205 WAKELING STREET
PHILADELPHIA, PA 19124

LOULOUA AL SABAH
4 SHEAF LANE
FORT WASHINGTON, PA 19034

TIM DALEY
THINAIRE TRANSMEDIA NETWORK, LLC
1 PENN PLAZA, #2010
NEW YORK, NY 10119

JENKINS LAW LIBRARY
IT DEPT, MANAGER
JENKINS LAW LIBRARY
833 CHESTNUT ST, #1220
PHILADELPHIA, PA 19107

COMMUNITY COLLEGE OF PHILADELPHIA
1700 SPRING GARDEN STREET
PHILADELPHIA, PA 19130

MR. CURTIS, PRESIDENT
COMMUNITY COLLEGE OF PHILADELPHIA
1700 SPRING GARDEN STREET
PHILADELPHIA, PA 19130

MS. BAUER, IT DEPT
COMMUNITY COLLEGE OF PHILADELPHIA
1700 SPRING GARDEN STREET
PHILADELPHIA, PA 19130

METRO PCS
5609 N. 5TH ST.
PHILADELPHIA, PA 19120

MOBILE ZONE
5602 N. 5TH ST.
PHILADELPHIA, PA 19120

MOBILE ZONE, OWNER 2
5602 N. 5TH ST.
PHILADELPHIA, PA 19120

COMCAST CABLE
COMCAST PLAZA
1701 JFK BLVD.
PHILADELPHIA, PA 19103

COMCAST CABLE, PRESIDENT, MR. X
COMCAST PLAZA
1701 JFK BLVD.
PHILADELPHIA, PA 19103

CRICKET WIRELESS
5607 N. 5TH ST.
PHILADELPHIA, PA 19120

MR. DALEY, PRESIDENT
BLACK ROCK
40 E. 52ND ST.
NEW YORK, NY

LOULOUA AL FAISAL
4 SHEAF LANE
FORT WASHINGTON, PA  19034

TERRANCE NOLEN
ARDEN THEATER
40 N. 2ND ST.
PHILADELPHIA, PA 19106

WILLIAM EDWARDS
2059 E. WOODLAWN AVE.
GLENSIDE, PA  19138

TERRANCE NOLAN
ARDEN THEATER
40 N. 2ND ST.
PHILADELPHIA, PA 19106

ANN MURPHY
ARDEN THEATER
40 N. 2ND ST.
PHILADELPHIA, PA 19106

JOYA FRAGRANCES
MR. X, OWNER
215 COURT STREET
BROOKLYN, NY  11201

PAUL W. KAUFMAN
Assistant United States Attorney

# EXHIBIT 1

*In the court of Common Pleas
City of Phila del phia
Civil Division*

*DARLENE
CORTEZ
5752 MARSHALL ST.
Phila. PA 19120
PLAINTIFF*

VS.

*Jury Trial
requested*

*Case No*

PROTHONOTARY
Filed and Attested by
PROTHONOTARY
25 FEB 2014 04:42 pm
J. MURPHY
JUDICIAL DISTRICT OF PENNS

## COMPLETE LIST OF DEFENDANTS:

1. U.S. POSTAL SERVICE
   30TH & MARKET ST.
   PHILADELPHIA PA

2. U.S. POSTAL SERVICE
   ONE AND OLNEY PLAZA
   PHILADELPHIA PA 19120

3. INSPECTOR X
   U.S. POSTAL INSPECTOR FEDERAL BLDG. 6TH & CHESTNUT
   PHILADELPHIA PA 19107

4. BACCARAT
   635 MADISON AVE.
   NEW YORK NY 10022

5. CRAFTING BEAUTY
   315 W. 39TH ST.
   NEW YORK NY 10018

6. FRANCOIS DEMEADE
   CRAFTING BEAUTY 315 W. 39TH ST., STUDIO 601
   NEW YORK NY 10018

7. JULIAN MAUBERT
   ROBERTET 730 5TH AVE., SUITE 1002
   NEW YORK NY 10019

8. OLIVER MAUBERT
   ROBERTET 730 5TH AVENUE, SUITE 1002
   NEW YORK NY 10019

9. CHRISTOPE MAUBERT
   ROBERTET 730 5TH AVE, SUITE 1002
   NEW YORK NY 10019

10. PHILLIPPE MAUBERT
    ROBERTET PRESIDENT, 730 5TH AVE.,   SUITE 1002
    NEW YORK NY 10019

11. CATHY TORELLI
    GIVAUDAN 40 W. 57TH STREET
    NEW YORK NY 10019

12. COS POLITANO
    GIVAUDAN 40 W. 57TH STREET
    NEW YORK NY 10019

13. THOMAS CUMMINS
    WORLD BANK 1818 H. STREET
    WASHINGTON DC

14. MR. X PRESIDENT
    WORLD BANK 1818 H. STREET
    WASHINGTON DC

15. AGENT X MCFILLIN
    HOMELAND SECURITY, POLICE DEPT ADMIN, 8TH & RACE STREET,
    PHILADELPHIA PA 19107

16. RAYMOND KELLY
    NY POLICE DEPT, 16 ERICSSON PL
    NEW YORK NY 10013

17. REP KING
    1003 PARK BOULEVARD
    MASSAPEQUA NY 11762

18. THOMAS WRIGHT, DEPUTY POLICE COMM
    POLICE ADM 8TH  RACE STS
    PHILADELPHIA PA 19106

19. AGENT X RYAN
    HOMELAND SECURITY 615 CHESTNUT STREET
    PHILADELPHIA PA 19106

20. AGENT X WILLIAMS
    INTERPOL, DOJ 615 CHESTNUT ST

Darlene Cortez
5752 Marshall St.
Phila PA 19120
                Plaintiff

        PHILADELPHIA PA 19106

21. AGENT X BRAY
        INTERPOL, DOJ 615 CHESTNUT ST
        PHILADELPHIA PA 19106
22. AGENT X FUENTES
        INTERPOL, DOJ 615 CHESTNUT ST
        PHILADELPHIA PA 19106
23. AGENT X STEINER
        INTERPOL, DOJ 615 CHESTNUT ST
        PHILADELPHIA PA 19106
24. PAOLO ANDRIOLLO
        40 W 57TH STREET
        NEW YORK NY 10019
25. MICHAEL CARLOS
        40 W 57TH STREET
        NEW YORK NY 10019
26. JOSEPH FABRI
        40 W. 57TH STREET
        NEW YORK NY 10019
27. GILLES ANDRIER
        40 W. 57TH STREET
        NEW YORK NY 10019
28. GIVAUDAN
        40 W. 57TH STREET
        NEW YORK NY 10019
29. GARY CHAVERS
        125 BAUER DRIVE
        OAKLAND NJ 07436
30. JOSEPH MR. X, SALES DIRECTOR
        125 BAUER DRIVE
        OAKLAND NJ 07436
31. MR. X, VICE PRESIDENT, ROBERTET
        125 BAUER DRIVE
        OAKLAND NJ 07436
32. ROBERTET, INC.
        125 BAUER DRIVE
        OAKLAND NJ 07436
33. TRACI YAN
        BACCARAT 635 MADISON AVENUE
        NEW YORK NY 10022
34. BACCARAT
        635 MADISON AVENUE
        NEW YORK NY 10022
35. MARY PAT WRIGHT
        1205 WAKLING STREET
        PHILADELPHIA PA
36. LOULOUA AL SABAH
        4 SHEAF LANE
        FORT WASHINGTON PA
37. LOULOUA AL FAISAL
        4 SHEAF LANE
        FORT WASHINGTON PA

38. Jim Daley
        NY NY
39. Ferrari Noten
        John Render
        DoJ Chestnut St
        Phila PA

AND

40 William Edwards
2059 Woodlawn
Glenside PA          defendent

AND

41 Terrence Nolen
Arden Theater
40 S. 2ND ST.
Phila. PA
          defendent

AND

42 Ann Murphy
Arden Theater
40 S. 2ND ST.
Phila. PA
          defendent

43 Tim Daley
   Thinwire
   New York, New York

44  Ms. X
    Marketing Co. X
    Contracted by Tim Daley, Thinwire
    NY, NY

45  Jenkins Law Library
    IT Dept, Mgr.
    Jenkins Law Library
    9th & Chestnut St
    Phila, PA

46  Community College of Phila.
    1700 Spring Garden St
    Phila PA

47  Mr. Curtis, Pres.
    Community College Phila
    1700 Spring Garden St
    Phila, PA

48  Ms. Bower, IT Dept
    Community College of Philadelphia
    1700 Spring Garden St, Phila PA

Case ID: 140202618

49   Joya Fragrances,
~~Parker~~ , MR. X
Brooklyn, NY


50   Ms. Daley
President
Black Rock
NY, NY

AND

54. Metro Phone
5609 5th St.
Phila PA

AND

52 Mobile Zone, owner 1
5602 5th St.
Phila PA

53 Mobile Zone, owner 2
5602 5th St.
Phila, PA

54 Comcast Cable
Comcast Plaza
Phila PA

55 Comcast Cable, President, Mr. X
Comcast Plaza
Phila. PA

560 Cricket Phone, owner 1
5607 5th St.
Phila PA

561 Cricket Phone, owner 2
5607 5th St.
Phila. PA

58. Mr. Daley, President
Black Rock
40 E. 52nd St.
New York, New York

Soya Fragrances
Mr. X, owner
Brooklyn, NY

**COUNTS:**

TORTOUS INTERFERENCE IN BUSINESS

TORTOUS INTERFERENCE IN INTERNATIONAL COMMERCIAL TRADE

TORTOUS INTERFERENCE IN GOLDMINE DEVELPMENT

TORTOUS INTERFERENCE IN COMMERCIAL DEVELOPMENT

TORTOUS INTERFERENCE IN TRADEMARKS

TORTOUS INTERFERENCE AND THEFT OF PRODUCTS, *companies*

LOSS OF PROFITS

LOSS OF GOOD NAME

INTENTIONAL INFLICTION OF EMOTIONAL PAIN AND SUFFERING

PUNITIVE DAMAGES

*interference in my duval rights*

*tortous interference in loss/theft of real-estate, oil wells, sales of water soil*

Gary Chavus
125 Saver Drive
Oakland NJ 07436

Joseph, Mr X

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

Sales Div:
125 Saver Drive
Oakland, NJ 07436

Mr X
vice Presedent
Robe Tue

William Edwards 125 Saver Dr.
205 qwood Lawn
Fleetsdle PA
William Edwards

**NOTICE TO DEFEND**

Carl John Lewis
35 70 Clearfild
Philadelphia
Kitty Edwards
Glen Lyn
205 qwood Lawn
Fleetsdle PA

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

Terrence Nolen
sr ben Franklin Pkwy
40. 2nd &
Mnb PA

Ann Morsley
order Fletcher
403. 2nd &
Mnb PA

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

Jsyprklyn prag.
NY NY

Ms Daley
Presiden Blackfoot
NY NY

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

Pro. Dur fet, Inc
Saver Dr
by
NJ
07436

Traci You
Assurant
635 Madison Ave
NY NY 10022
Assurant
635 Madison Ave
NY NY 10022

Mary Pat Wright
1205 W Shirby St
Phila PA
Plantiffs

Civ Lowes
Al Paz, DA
43 Sheral Clwy
Washington
43 Sheral Clwy
Washington

Civ Lowes AP
JA ASH
43 Sheral
Washington

Darlene Brown
5752 Marshall St
Phila PA 19120
vs

Couture Al Kassal
4 Steaf Lane, K74 Apt, 4 Dry PA

Couture Al Sabah
4 Steaf Lane              #7 Washing dry PA

Mary Pat Wright
1200 Wallors St
Phila PA

US Postal Svc
700 SMKT Phila PA
US Postal Svc
One Loury Plaza
Phila PA 19120

Hassamba X
vs postal service packet
2nd Chd J. 601 Chestnut St
Phila PA

BACCARAT
635 Madison Ave
NY NY 10022

Crafting Beauty
315 W 39 St
NY NY 10018

Francois Fernandez
Crafting Beauty
315 W 39 St
NY NY 10018

William Macbert
Robert Lee
730 5th Ave Suite 1002

NY NY 10019
Oliver Macbert
Robert Lee 730 5 Ave
Suite 1002  NY NY 10019

Christopher Macbert
Robert Lee Present And
730 5th Ave Ste 1002
NY NY 10019

Cathy Torelli
5th Ave
NY NY 10019

## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## COURT OF COMMON PLEAS OF PHILADELPHIA

### NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

### Philadelphia Bar Association
#### Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene al dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

### Asociacion De Licenciados
#### De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

Philippe Macbert
Robert Lee Pres
730 5th Ave
NY NY 10019
Rm 1002

Tom Wolf
Phila
Comm.

Police Admin
8th St Race St
Phila PA

Comcast Cable
Phila PA

Comcast Cable
IT Dept
Pres for
Phila

Melbo
Phone
Phila PA

Clear Link
502 Chestnut
Phila PA

Comcast
Cable
Phila PA

Comcast Cable
Con Ed
Cable
President Phila

Tom Paley
NY NY

Sen Bob Casey
IT Dept

mr & L brown sr
mr & L Brown
8th Chestnut PA

CCP
IT Dept

ms Barr
1719 Sep St
Phila PA

Case ID: 140202018

Case ID: 140202018
Arctic Phila
5606 St
Phila PA

8.

*[handwritten annotations throughout the page]*

Co Palitano
Sivan dan   40 W. 57 st
NYNY 10019

Thomas Cummins
World Bank
1818 H street
Wash. P.C.

Agent McMillin
Homeland Security
Police Admin, 9th floor.
Phila. PA

Raymond Kelly
NY Police Dept.
16 Ericsson Place
NYNY

Sivan dan
40 W. 57st
NYNY 10019

Thomas Cummins
World Bank
1818 H st
Wash P.C.

World Bank
1818 H st.
Wash. P.C.

Rep King
1003 Rt C Blvd
Massapequa PA NY
11762

Thomas Wright
Deputy Police Cmn.
Police Admin
8th & Race st
Phila PA 19106

Agent Ryan
Homeland Security
615 Chestnut st
Phila PA

Agent Williams
Federal, DOJ 615 Chestnut st
Phila PA

## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## COURT OF COMMON PLEAS OF PHILADELPHIA

### NOTICE TO DEFEND

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion es escrita abajo para averiguar donde se puede conseguir asistencia legal.

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

Case ID: 140202618

9

Agent XBray
Na. Aty pal, DOJ
615 Chesnut st
Phila PA

Paolo Andriollo
40 W. 57th st
NY NY 10019

michael Carlas
40 W. 57th st
NY NY 10019

### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### COURT OF COMMON PLEAS OF PHILADELPHIA

Agent XFuentes
Na.Aty pal, DOJ
615 Chestnut St.
Phila PA 19106

Joseph Ralori
40 W. 57th st
NY NY 10019

Silas Andreuu
40 W. 57th st
NY NY 10019

Agent Steiner
Na. aty pal DOJ
615 Chestnut st
Phila PA 19106

Sivandem
40 W. 57th st
NY NY 10019

### NOTICE TO DEFEND

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

Case ID: 140202618

COUNTS:

TORTOUS INTERFERENCE IN BUSINESS

TORTOUS INTERFERENCE IN INTERNATIONAL COMMERCIAL TRADE

TORTOUS INTERFERENCE IN GOLDMINE DEVELPMENT

TORTOUS INTERFERENCE IN COMMERCIAL DEVELOPMENT

TORTOUS INTERFERENCE IN TRADEMARKS

TORTOUS INTERFERENCE AND THEFT OF PRODUCTS

LOSS OF PROFITS

LOSS OF GOOD NAME

INTENTIONAL INFLICTION OF EMOTIONAL PAIN AND SUFFERING

PUNITIVE DAMAGES

Case #   _U_
Case ID: 140202618

THE PLAINTIFF, DARLENE CORTEZ, CREATED FRAGRANCES TO BE SOLD DOMESTICALLY AND TRADED INTERNATIONALLY, FOR HER COMPANY, NATURAL BEAUTY.

THE PLAINTIFF CONTACTED GIVAUDAN, AS SHE WANTED TO WORK WITH THEM, TO CREATE HER SIGNATURE SCENTS FOR NATURAL BEAUTY. THESE FRAGRANCES WERE TO BE SOLD DOMESTICALLY, AND TRADED GLOBALLY. THE PROCEEDS OF THESE SALES WERE TO BE USED TO PAY A PORTION OF THE COSTS OF HER GOLDMINE IN GHANA WHICH DARLENE CORTEZ WAS WORKING ON. THE PLAINTIFF, DARLENE CORTEZ, WAS OFFERED THE DEAL OF BEING A PARTNER IN A GOLDMINE IN GHANA. THE OWNERS OF THE LAND, MEMBERS OF THE ROYAL FAMILY OF GHANA, OFFERED THE PLAINTIFF THE LUCRATIVE DEAL.

THE PLAINTIFF WAS ALSO WORKING WITH THE MEMBERS OF THE ROYAL FAMILY IN GHANA, TO BUILD A SCHOOL IN THEIR VILLAGE, TO HELP EDUCATE THE CHILDREN IN THE VILLAGE. THE PLAINTIFF FOUND THE PEOPLE OF GHANA TO BE VERY WARM AND KIND, AND SHE WANTED TO HELP THE PEOPLE OF GHANA, AND THE CHILDREN OF THE VILLAGE BY BUILDING A SCHOOL, TO HELP EMPOWER THE CHILDREN WITH A GOOD EDUCATION, SO THAT THEY WILL BE WELL –PREPARED TO FACE THE FUTURE, AND FORGE A SUCCESSFUL LIFE FOR THEMSELVES AND THEIR FAMILIES.

THE PLAINTIFF MET WITH PERFUMERS FROM GIVAUDAN, AND MADE ARRANGEMENTS TO MEET IN PERSON TO HAVE THE FRAGRANCES MADE. THE PLAINTIFF CONTACTED GIVAUDAN'S OFFICE IN NEW YORK, AND SHE SPOKE WITH MARIE, THE SECRETARY TO THE VP OF FRAGRANCES IN NEW YORK. MARIE TOLD THE PLAINTIFF TO SEND THE DESCRIPION OF HER PROJECT TO GIVAUDAN, AND THEY WILL CONSIDER HER WORK. THE PLAINTIFF SENT HER LETTER, BUT NEVER HEARD BACK. THE PLAINTIFF CONTACTED MARIE AGAIN, BUT MARIE WAS AVOIDING THE PLAINTIFF'S CALL.

THE PLAINTIFF WOULD AGAIN REACH OUT TO GIVAUDAN, AND TRY TO HAVE FRAGRANCES CREATED FOR HER COMPANY. THE PLAINTIFF SPOKE BRIEFLY TO MARIE, WHO SOUNDED VERY GUARDED, AS SHE HAD BEFORE. THE PLAINTIFF WOULD LEARN THAT HER PROJECT OF FRAGRANCES TO PAY FOR HER GOLDMINE IN GHANA, WAS BEING STOLEN FROM HER, BY THE DEFENDANTS, AND BY THOSE CONNECTED TO THEM, AS THEY WERE STEALING THE PLAINTIFF'S FRAGRANCE PROJECT AND COMPANY FROM HER, TO STEAL THE PLAINTIFF'S DOMESTIC SALES, AND TO STEAL AND TRADE HER FRAGRANCES GLOBALLY, AS THEY WERE IN THE PROCESS OF STEALING THE PLAINTIFF'S GOLDMINE DEAL, IN GHANA,  FROM THE PLAINTIFF.

DEFENDANTS STOLE THE PLAINTIFF'S FRAGRANCE SCENTS WHICH SHE HAD CREATED WITH PERFUMERS LAURA AND HER SON, FROM FOOTE AND JENKS, AND FRAGRANCES, THE PLAINTIFF HAD CREATED FOR HER BY DARYL FROM HIS PERFUMERY. THESE FRAGRANCES WERE COPIED, AND THE DEFENDANTS AND THEIR GROUP WORKED WITH OTHERS TO HELP STEAL THE PLAINTIFF'S FRAGRANCES, AND USE THE PROCEEDS TO STEAL THE PLAINTIFF'S GOLDMINE DEALS IN NEVADA, CALIFORNIA AND GHANA.

THE PLAINTIFF SEEKS A BILLION DOLLARS IN FINANCIAL RESTITUTION FROM THE DEFENDANTS FOR THE THEFTS OF HER FRAGRANCES, AND FOR THE THEFTS OF HER TRADE, AND FOR THE THEFTS OF HER COMPANY, AND FOR THE THEFTS OF HER GOLDMINES.

DEFENDANTS BLOCKED AND CONTROLLED THE PLAINTIFF'S COMPUTER USING FBI AND POLICE SURVALLIENCE SOFTWARE. THEY CREATED A NETWORK AMONG THEMSELVES WHERE THEY WOULD BREAK INTO THE PLAINTIFF'S COMPUTER REMOTES, AND STEAL HER DOCUMENTS, AND STEAL HER MAIL, AND SEND SOLICITIOUS SEXUAL SOLICITATIONS ON THE PLAINTIFF'S EMAILS, IN AN ATTEMPT TO DESTROY HER GOOD REPUTATION, AS THEY INTENDED TO STEAL EVERY DEAL FROM HER. THEY SENT THESE SEXUAL EMAILS TO THE PLAINTIFF'S FAMILY, FRIENDS AND BUSINESS PARTNERS, AND ASSOCIATES. THEY WANTED TO DESTROY THE PLAINTIFF'S GOOD BUSINESS RELATIONSHIPS WITH THESE PERSONS, AS THEY WERE CONSPRIING TO STEAL THE PLAINTIFF'S LUCRATIVE DEALS FROM HER.

THEY BLOCKED AND STOLE THE PLAINTIFF'S MAIL. THE PLAINTIFF CONTINUALLY SENT SAMPLES OF HER FRAGRANCES TO HER PARTNER IN GHANA. THEY HAD MEMBERS OF THE US MAIL SERVICE, STEAL AND THE PLAINTIFF'S PACKAGES, SO THAT HER SAMPLES WOULD NOT GO TO GHANA, IN THE ATTEMPT TO BLOCK THE PLAINTIFF FROM MAKING ANY SALES, AS THEY WERE STEALNG HER FRAGRANCE DEALS AND HER GOLDMINE DEALS FROM HER.

FULL REPORT TO FOLLOW IN AMENDED COMPLAINT WITH DETAILED ACCOUNTS OF DEFENDANTS' ILLEGAL FRAUDULENT ACTIVITES AND ACTIONS AGAINST PLAINTIFF CAUSING SEVERE MONETARY LOSSES TO THE PLAINTIFF WHO HAS BEEN VICITIMIZED BY THE DEFENDANTS FOR YEARS. THEY HAVE FORMED A HUMAN CHAIN SURROUNDING THE PLAINTIFF, TO BLOCK AND CONTROL HER ACTIVITIES TO ENABLE THEM TO STEAL EVERY DEAL AND ALL THE WORK FROM THE PLAINTIFF, AND STEAL IT FOR THEMSELVES. THEY HAVE STOLEN ALL OF THE SUCCESSFUL AND LUCRATIVE WORK OF THE PLAINTIFF, AND KEPT VICTIMIZING HER, AND USING THEIR POSITIONS IN THE GOVERNMENT, TO BLOCK, CONTROL AND STEAL FROM THE PLAINTIFF, WHILE THEY DESTROYED HER REPUTATION, STOLE ALL OF HER WEALTH, AND FORCED HER TO LIVE IN UTTER POVERTY, STOLE HER FAMILY AND FRIENDS FROM HER, SO THAT SHE WOULD HAVE NO ALLIES TO RESCUE HER, AND TOTALLY DESTROYED THE PLAINTIFF'S LIFE, TO GET AWAY WITH STEALING HER BILLIONS OF DOLLARS IN SUCCESSFUL PROJECTS, FEDERAL GRANTS, PRODUCT CREATIONS, BUSINESS CREATIONS, COMPANIES, CHARITIES, PROJECTS, REAL ESTATE AND ALL THAT THE PLAINTIFF CREATED.

THE SADDEST AND MOST TRAGIC LOSS TO THE PLAINTIFF HAS BEEN THE LOSS OF HER CHILDREN, AS THE DEFENDANTS CONSPIRED WITH OTHERS AND LIED TO THE FATHER OF THE PLAINTIFF'S CHILDREN, TO MAKE HIM BELIEVE THAT THE PLAINTIFF WAS A LESBIAN, WHEN THEY KNEW THAT SHE WAS NOT, AS THEY WANTED TO STEAL THE PLAINTIFF'S CHILDREN FROM HER. THE FATHER HAS SEVERAL BILLION DOLLARS FOR HIS CHILDREN, AND THE DEFENDANTS CONSPIRED TO GET CONTROL OF THE PLAINTIFF'S CHILDREN, TO GET CONTROL OF THE WEALTH CONNECTED TO THE PLAINTIFF'S CHILDREN. THEY LIED TO THE FATHER, REGARDING THE REPUATION OF THE PLAINTIFF, AND CONSPIRED AGAINST HER ON A DAILYI BASIS TO DESTROY HER GOOD REPUTATION. THEY WERE ABLE TO STEAL THE

PLAINTIFF'S CHILDREN FROM HER AND USE THEM AS THEIR PAWNS, AND AS THEIR COLLATERAL, TO
STEAL ALL OF THE PLAINTIFF'S BILLION DOLLAR PROJECTS FROM HER, AND USE THEM AS THEIR MEAL
TICKETS INTO A VERY WEALTHY ROYAL LIFESTYLE, AS THE CHILDREN OF THE PLAINTIFF ARE THE
CHILDREN OF A VERY WEALTHY ARAB PRINCE. THE DEFENDANTS LIED TO THE FATHER OF THE
PLAINTIFF'S CHILDREN, AND THEY LIED TO HIS FAMILY. THEY LIED TO HIS COUSIN ISIS ALSABAH, WHO
THEN CONSPIRED WITH THE DEFENDANTS, AND WITH OTHERS CONNECTED TO THEM,  AND STOLE
THE PLAINTIFF'S CHILDREN AND THEY PUT THEM WITH IRISH WOMEN IN THEIR GROUP, SUCH AS JANE
SCOTT, JODI FRONEFIELD SANDOVAL,  AND BARBARA CUSUMANO.  IN 2011, ISIS ALSABAH DIED
SUDDENLY, AND IN 2012, JODI FRONFIELD SANDOVAL DIED SUDDENLY. THE DEFENDANTS BLOCKED
TEH PLAINTIFF FROM LEARNING THIS, AS THEY CONSPIRED WITH MARYPAT WRIGHT AND HER
FAMILY, DEPUTY POLICE COMMISSIONER TOM WRIGHT, TERRENCE NOLAN, KATHLEEN EDWARDS,
KEVIN WRIGHT, MICHAEL WRIGHT AND MORE, TO KEEP THE PLAINTIFF'S CHILDREN STOLEN FROM
HER, AND TO HELP MARYPAT WRIGHT TO HIDE THE PLAINTIFF'S CHILDREN WITH HER, AND TO
CONTINUE TO HELP JANE SCOTT, TO KEEP THE PLAINTIFF'S SON AND DAUGHTER, STOLEN FROM HER,
AND WITH JANE SCOTT, AS THESE WOMEN WERE STEALING THE PLAINTFF'S CHILDREN FROM HER,
AND USING THEM AS THEIR PAWNS AND AS ENTRANCE INTO A ROYAL LIFESTYLE. THEY ACTED AS
FENCES FOR THE PLAINTIFF'S STOLEN WEALTH, AS THEY STOLE THE PLAINTIFF'S LUCRATIVE PROJECTS
AND WEALTH, AND HID THE WELATH AMONG THEMSELVES AND IN THE NOLAN-WRIGHT FAMILIES,
AND THEY CONSPIRED TOGETHER TO STEAL ALL OF THE PLAINTIFF'S LUCRATIVE BILLION DOLLAR
PROJECTS, AND FENCE HER STOLEN WEALTH THROUGH THE BANK ACCOUNTS, AND WEALTH  OF THE
DEFENDANTS. THEY FORMED COMPANIES, AND MADE HUGE INVESTMENTS WITH THE PLAINTIFF'S
STOLEN WEALTH. THEY KEPT THE PLAITNIFF'S CHILDREN HIDDEN AND STOLEN FROM HER, AND USED
THEM AS PAWNS AND AS COLLATERAL TO STEAL ALL OF THE WEALT H OF THE PLAINTIFF. ON MANY
OCCASSIONS, THE FATHER OF THE CHILDREN TRIED TO BRING THE CHILDREN BACK TO THE PLAINTIFF,
AND HE TRIED TO BRING HER STOLEN WEALTH BACK TO HER, BUT ON EACH OCCASSION, THE
PLAINTIFF'S WERE BLOCKING THE FATHER FROM MEETING WTIH THE PLAINTIFF, AS THE DEFENDANTS
DID NOT WANT THEM TO MEET, AND TEHY DID NOT WANT THE FATHER TO GIVE HER CHILDREN BACK
TO DARLENE CORTEZ, THE REAL MOTHER, AS THEY WERE USING THE PLAINTIFF'S STOLEN CHILDREN
AS THEIR PAWNS TO COPY AND STEAL THE PLAINTIFF'S HUGE BILLION DOLLAR PROJECTS FROM HER,
AND STEAL HER BILLIONS OF DOLLARS IN SALES, TRADE, COMPANIES, PROJECTS, PRODUCT
CREATIONS, SALES, REAL ESTATE, GRANTS, AND FORCE THE PLAINTIFF TO LIVE IN POVERTY, AND
BLOCKED FROM FINDING HER CHILDREN, WHILE THEY HID THE PLAINTIFF'S CHILDREN WITHIN THEIR
FAMLIES, AND USED THEM AS THEIR MEAL TICKES AND AS THEIR PAWNS TO HUGE WEALTH, ALL THE
WHILE FORCING THE PLAINTIFF'S LITTLE CHILDREN TO GIVE UP THEIR LIVES TO ALL OF THEM WHO
STOLE THEM FROM THEIR MOTHER, DARLENE CORTEZ, AND FORCED HER CHILDREN TO LIVE A LIE,
AND BE LIED TO, AND MANIPULATED WITH THEIR LIVES TOTALLY DESTROYED BY ALL OF THE
DEENDANTS, AND THEIR HUMAN CHAIN OF MANY PERSONS THEY BUILT UP WHO WERE WILLING TO
CONSPIRE WITH THEM TO STEAL THE PLAINTIFF'S CHILDREN FOR HUGE WEALTH OF BILLIONS OF
DOLLARS IN TRADE, GOLDMINES, OIL WELLS, GAS WELLS, SHALE OIL, REAL ESTATE, PRODUCTS,
PROJECTS, FEDERAL FUNDING, AND MORE. THEY PAID OFF FAMILY COURT JUDGES TO BLOCK AND
CANCELL THE PLAINTIFF'S HEARING SO THAT THEY COULD LET MARYPAT WRIGHT RUN AWAY WITH
THE PLAINTIFF'S CHILDREN,AS SHE WAS IN THE PROCESS OF STEALING THEM, IN AN ATTEMPT TO T""

TO GET CUSTODY OF THEM, SO THAT SHE COULD CONTROL THE HUGE WEALTH OF THE PLAITIFF'S CHILDREN, AS MARYPAT WRIGHT , AND HER FAMILY, AND HER GROUP, STOLE EVERY PROJECT AND PRODUCT, COMPANY, FEDERAL FUNDING PROMISED TO THE PLAINTIFF, TRADE, SALES, INTERNATIONAL TRADE, COMPANIES, PROJECTS, REAL ESTATE, CASTLES, RESORTS, HOTELS, LAND DEVELOPMENTS, LUXURY APARTMENTS, AND MORE.

THE PLAINTIFF CONTRACTED WITH ROBERTET TO CREATE SIGNATURE SCENTS FOR HER PROJECTS TO SELL UNDER NATURAL BEAUTY. FROM THE SALES, A PORTION WAS TO GO TO BUILD SCHOOLS INERNATOINALLY, IN AREAS THAT WERE HUGELY IN NEED OF HELP.

THE PLAINTIFF HAS GREATLY ADMIRED HRH KNG ABDULLAH OF SAUDI ARABIA, AS HE IS A BEAUTIFUL KING, WITH THE MOST CARING AND CHARITABLE HEART FOR THE POOR, AND FOR THE CHILDREN OF THE WORLD. IN HIS HONOR, THE PLAINTIFF CREATED A PROJECT TO BUILD A SCHOOL, AND TO PAY FOR THE SCHOOL, THE PLAINTIFF CREATED A FRAGRANCE TO BE NAMED AFTER HRH KING ABDULLAH, AND TO BE TRADED GLOBALLY TO PAY FOR THE EXPENSES OF THE EDUCATIONAL PROJECT. THE PLAINTIFF WANTED THE SCHOOL TO BE BUILT SO THAT HRH KING ABDULLAH COULD BE A HERO TO THE CHILDREN WHO WOULD BE EDUCATED THERE, AND WHO NEEDED HELP IN ESCAPING THE WRATH OF POVERTY IN WHICH THEY LIVED IN, AND GET AN EXCELLENT EDUCATION, AT THE SCHOOL, WHICH WOULD ENBLE THEM TO BE EMPOWERED WITH THE SKILLS AND KNOWLEDGE NEEDED IN LIFE, TO AFFORD THEM THE ABILITY TO HAVE A VERY SUCCESSFUL AND BLESSED LIFE.

THE PLAINTIFF CONTACTED GIVAUDAN, AND THE PLAINTIFF CONTACTED ROBERTET, AND THE PLAINTIFF CONTACTED BACCARA, AND SHE BEGAN TO WORK ON THESE PROJECTS.

THE PLAINTIFF GAVE TO GARY CHAMBERS AND HIS BOSS AT ROBERT, AT ROBERTET, THE PRODUCT CREATIONS, FRAGRANCES, AND BLENDING OF THE FRAGRANCES AND OILS THAT SHE WANTED IN HER FRAGRANCES. SHE ALSO CONTACTED BACCARAT TO DESIGN BOTTLES FOR THESE FRAGRANCES, WHERE SHE WORKED WITH TRACY YAN. MUCH TO HER CHAGRIN, THE DEFENDANTS STOLE THE PLAINTIFF'S FRAGRANCE AND BOTTLE PROJECTS, AND THEY WERE TRY8ING TO STEAL THE BOOK THAT THE PLAINTIFF WAS WRITING TO HONOR HRH KING ABDULLAH.

THE PLAINTIFF ALSO, WANTS TO BUILD A SCHOOL WITH HER CHILDREN, AND NAME THE SCHOOL IN HONOR OF THEIR FATHER, SO THAT THEY CAN SHOW THEIR LOVE TO THER FATHER, AND TRANSFER SOME OF THEIR LOVE AND RESPECT FOR HIM, INTO BUILDING A SCHOOL, IN A VERY IMPOVERISED AREA, TO HELP THE CHILDREN TO HAVE A BETTER LIFE. THE PLAINTIFF WANTS TO HELP HER CHILDREN TO BUILD A VERY SUCCESSFUL SCHOOL THAT WILL HELP EMPOWER THE CHILDREN WITH EDUCATION SO THAT THEY WILL HAVE THE SKILLS AND EDUCATON NEEDED TO SUCCEED IN LIFE. THE PLAINTIFF'S CHILDREN LOVE THEIR FATHER, AND THEY HAVE PUT HIM ON A PEDESTAL LARGER THAN LIFE, WHERE

HE WILL REMAIN, IN THEIR EYES AND IN THEIR HEART ALWAYS. THE PLAINTIFF'S CHILDREN HAVE HER PERSONALITY, AND THEY LOVE AND ADORE THEIR FATHER, IN THE SAME WAY THAT THE PLAINTIFF LOVE AND ADORED HER FATHER, AND STILL TREASURES HIS BEAUTIFUL MEMORY AFTER HIS DEATH. THE PLAINTIFF WANTS TO BUILD A SCHOOL WITH HER CHILDREN, BUT SADLY, HER PROJECTS ARE BEING BLOCKED BY THE DEFENDANTS, WHO ARE STEALING ALL OF THE WORK OF THE PLAINTIFF.

THE PLAINTIFF CONTACTED FRANOIS OF KREATIVE FRAGRANCES, AND SHE BEGAN TO WORK ON FRAGRANCES TO BE SOLD DOMESTICALLY AND TRADED GLOBALLY BY HER COMPANY NATURAL BEAUTY. THE PLAINTIFF GAVE FRANSOIS THE BLEND OF THE FRAGRANCES, AND THE FRAGRANCE NAME, AND BRANDING INFORMATION, PRDUCT DESIGN, AND CREATIONS. THIS PROJECT WOULD ALSO BE STOLEN FROM THE PLAINTIFF BY THE DEFENDANTS.

THE PLAINTIFF CONTACTED THOMAS CUMMINGS AT THE WORLD BANK, TO GET FUNDING FOR HER BILLION DOLLAR TEAK FARM AND SCHOOL PROJECTS. THE PLAINTIFF WORKED VERY HARD CREATING A BILLION DOLLAR TEN MILE PROJECECT IN GHANA. SHE WENT TO WASHINGTON, AND APPLIED FOR A FOREIGN FEDERAL APPROPRIATIONS GRANT, AND SHE APPLIED THROUGH SEN. BIDEN. THE PLAINTIFF WENT TO SEN. BIDEN'S OFFICE IN DELAWARE, WHERE SHE MET WITH JANE SCOTT, TO WHOM SHE HANDED HER BILLION DOLLAR TEAK PROJECT TO. THE PLAINTIFF WOULD LATER BE TOLD THAT SEN. BIDEN WAS IMPRESSED WITH HER PROJECT, AND THAT HE WAS GOING TO WRITE A LETTER ON HER BEHALF TO THE FOREIGN RELATIONS COMMITTE, RECOMMENDING HER COMPANY TO GET THE GRANT SHE WAS REQUESTING. SADLY, THIS VERY LUCRATIVE PROJECT WAS STOLEN FROM THE PLAINTIFF BY JANE SCOTT, AND HER GROUP, AND BY MANY OTHERS WHO WERE HELPING HER TO STEAL THE PLAINTIFF'S LUCRATIVE PROJECTS. JANE SCOTT WOULD ALSO CONSPIRE WITH ISIS ALSABAH, AND WITH VARIOUS POLICE, FBI, AND INTERPOL MEMBERS TO HELP STEAL THE PLAITNIFF'S SON AND DAUGHER, AND HIDE THE PLAINTIFF'S TWO CHILDREN WITHIN JANE'S FAMILY, AND WITHIN THE NETWORK OF IRISH AND OTHERS CONNECTED TO THEM, CONSISTING OF DEPUTY POLICE COMMISSIONER TOM WRIGHT, FORER POLICE COMISSIONER TIMMONEY, REP. ROONEY, DIRS.WEISS AND LAMPINSKY OF THE FBI, AGENTS, KING, KELLY, FUENTES, STIENER, BRAY AND WILLIAMS FROM INTERPOL, ALONG WITH MARYPAT WRIGHT, KATHLEEN EDWARDS, TOM WRIGHT, TERRENCE NOLAN, KEVIN WRIGHT, MICHAEL WRIGHT AND MANY OTHERS, WHO WERE ALL CONSPIRING TO STEAL THE PLAINTIFF'S CHILDREN, AND USE THEM AS THEIR PAWNS TO STEAL HER WEALTH FROM HER. SOME PERSONS WERE CONNECTED TO THE THEFTS OF HER CHILDREN AND SOME WERE CONNECTED TO THE THEFTS OF HER PROJECTS AND SOME WERE CONNECTED TO BOTH. THEY PAID OFF VARIOUS GOVERNMENT OFFICALS, INCLUDING FAMILY COURT JUDGES, FEDERAL COURT JUDGES, CIVIL COURT JUDGES, DOCTORS, SEPTA OFFICALS, SCHOOL OFFICALS, DEANS, BUSINESS MEMBERS, AND MORE, TO CONSPIRE WITH THEM TO HELP KEEP THE PLAINTIFF'S CHILDREN HIDDEN AND STOLEN FROM HER, AS THEY WERE USING THE WEALTH OF THE CHILDREN, AND THEY WERE USING THE CHILDREN AS THEIR PAWNS, AND AS THEIR COLLATERAL, TO STEAL ALL OF THE PLAINTIFF'S BILLIONS OF DOLLARS IN

WEALTH, AND PRODUCT CREATIONS, COMPANIES, CHARITIES, PROJECTS, GOLDMINES, INTERNATIONAL TRADE, AND MORE.

THE PLAINTIFF KEPT CONTACTING THE POLICE AND FBI IN HER SEARCH FOR HER CHILDREN, AND IN HER SEARCH FOR HER STOLEN WEALTH. DET. BUCHARD OF POLICE HOMELAND SECURITY, FOUND HER CHILDREN, AND HE WAS TRYING TO BRING THEM BACK TO HER. HOWEVER, THE DEFENDANT CONSPRIED TOGETHER, AND REPLACED THE INTERPOL AGENTS THAT DET. BUCHARD WAS WORKING WITH, AND THEY REPLACED THEM WITH BRAY AND WILLIAMS, WHO WOULD CONTINUE THE CONSPRACIES AGAINST THE PLAINTIFF WITH OTHERS FROM INTERPOL INCLUDING: KING, KELLY, FUENTES, AND STEINER, ALONG WITH MANY FROM THE HOMELAND SECURITY, FBI, POLICE AND MORE. THEY HAVE CONTINUED TO KEEP THE PLAINTIFF'S CHILDREN STOLEN FROM HER, WHILE THEY CONTINUE TO STEAL ALL OF THE BILLIONS OF DOLLARS IN WEALTH FROM THE PLAINTIFF.

FULL COMPLAINT, TO BE FILED, WILL DETAIL ACCOUNTS, BY THE PLAINTIFF.